# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

JASON GILLIAM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-3541

_____

May 22, 2024

Appeal from the Circuit Court for Hillsborough County; Laura E. Ward, Judge.

Katherine Earle Yanes of Kynes, Markman, & Felman, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.


LaROSE, KHOUZAM, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.